UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LINDA LEE OTT,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commisioner of Social Security,<br><br>    Defendant | Case No.:  CV-12-4597-NJV<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME<br><br>  & ORDER |

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that the parties stipulate to a thirty-day extension until March 13, 2013, for Plaintiff to submit her Motion for Summary Judgment.  This is plaintiff's second request.

Dated:  February 7, 2013             *s/ Kenneth J. Collins*
                                     KENNETH J. COLLINS
                                     Attorney for Plaintiff

                                     MELINDA L. HAAG
                                     United States Attorney

Dated:  February 7, 2013             *s/ Theophous H. Reagans*
                                     THEOPHOUS H. REAGANS
                                     Special Assistant United States Attorney
                                     (as authorized by email)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 8, 2013              _____
                                     Hon. Nandor J. Vadas
                                     United States Magistrate Judge