UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LINDA LEE OTT,<br><br>           Plaintiff,<br><br>      vs.<br><br>MICHAEL J. ASTRUE, Commisioner of Social Security,<br><br>           Defendant | Case No.:  CV-12-4597-NJV<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME<br><br>   & ORDER |

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that the parties stipulate to a thirty-day extension until March 13, 2013, for Plaintiff to submit her Motion for Summary Judgment.  This is plaintiff's second request.

Dated:  February 7, 2013
                                             *s/ Kenneth J. Collins*
                                             KENNETH J. COLLINS
                                             Attorney for Plaintiff

                                             MELINDA L. HAAG
                                             United States Attorney

Dated:  February 7, 2013
                                             *s/ Theophous H. Reagans*
                                             THEOPHOUS H. REAGANS
                                             Special Assistant United States Attorney
                                             (as authorized by email)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 8, 2013
                                             _____
                                             Hon. Nandor J. Vadas
                                             United States Magistrate Judge

-1-