KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707) 822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| LINDA LEE OTT,<br><br>            Plaintiff,<br><br>       vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant | Case No.:  CV-124597NJV<br><br>MOTION TO AMEND CAPTION AND ORDER |

   Plaintiff hereby moves the Court to amend the caption in this case to substitute Carolyn W. Colvin for Michael J. Astrue as the defendant in this suit, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.  Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  No further action need be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Dated:  April 24, 2013                                        Respectfully submitted,

                                                                          */s/ Kenneth J. Collins*
                                                                          Kenneth J. Collins
                                                                          Attorney for Plaintiff

IT IS SO ORDERED.

Dated: <u>April 24, 2013</u>



Judge Nandor J. Vadas
United States Magistrate Judge